IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jackson, Tommy A | Case Number: 06 B 05942 |
|---|---|---|
|  | Goudy-Jackson, Eula | Judge: Wedoff, Eugene R |
|  | Printed: 01/06/09 | Filed: 5/24/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 13, 2008
Confirmed: August 17, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 24,752.00 |  |
| Secured: |  | 17,242.89 |
| Unsecured: |  | 0.00 |
| Priority: |  | 3,845.60 |
| Administrative: |  | 2,300.00 |
| Trustee Fee: |  | 1,363.51 |
| Other Funds: |  | 0.00 |
| Totals: | 24,752.00 | 24,752.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,300.00 | 2,300.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Wells Fargo Fin Acceptance | Secured | 14,351.64 | 5,674.46 |
| 4. | Onyx Acceptance Corp | Secured | 14,193.85 | 5,593.50 |
| 5. | Countrywide Home Loans Inc. | Secured | 5,974.93 | 5,974.93 |
| 6. | Internal Revenue Service | Priority | 1,385.23 | 702.10 |
| 7. | Illinois Dept Of Healthcare And Family | Priority | 6,202.11 | 3,143.50 |
| 8. | Onyx Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 646.57 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 37.11 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 113.87 | 0.00 |
| 12. | Wells Fargo Fin Acceptance | Unsecured | 120.75 | 0.00 |
| 13. | United Student Aid Funds Inc | Unsecured | 344.46 | 0.00 |
| 14. | Illinois Student Assistance Commission | Unsecured | 747.39 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 525.41 | 0.00 |
| 16. | Illinois Dept Of Employment Sec | Unsecured | 698.03 | 0.00 |
| 17. | The Albert Law Firm PC | Unsecured | 55.25 | 0.00 |
| 18. | Capital One | Unsecured | 60.11 | 0.00 |
| 19. | United Student Aid Funds Inc | Unsecured | 262.50 | 0.00 |
| 20. | Illinois Dept Of Healthcare And Family | Unsecured | 559.12 | 0.00 |
| 21. | Rachael Barnes | Priority |  | No Claim Filed |
| 22. | Ameritech | Unsecured |  | No Claim Filed |
| 23. | Onxy Acceptance | Unsecured |  | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 25. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 26. | American Family Insurance | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jackson, Tommy A | Case Number: 06 B 05942 |
|---|---|---|
| | Goudy-Jackson, Eula | Judge: Wedoff, Eugene R |
| | Printed: 01/06/09 | Filed: 5/24/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | GS Services | Unsecured | | No Claim Filed |
| 28. | Allied Interstate | Unsecured | | No Claim Filed |
| 29. | Omni Credit Service | Unsecured | | No Claim Filed |
| 30. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 31. | Sm Servicing | Unsecured | | No Claim Filed |
| 32. | Sm Servicing | Unsecured | | No Claim Filed |
| 33. | Sm Servicing | Unsecured | | No Claim Filed |
| 34. | Millenium Credit Consultants | Unsecured | | No Claim Filed |
| 35. | TCF Bank | Unsecured | | No Claim Filed |
| 36. | Sm Servicing | Unsecured | | No Claim Filed |
| 37. | United Helping Hand | Unsecured | | No Claim Filed |
| 38. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 39. | American Access Casualty Co | Unsecured | | No Claim Filed |
| 40. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 41. | United Services Auto Ass'n | Unsecured | | No Claim Filed |
| 42. | US Cellular | Unsecured | | No Claim Filed |
| | | | $ 48,578.33 | $ 23,388.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 374.50 |
| 5.4% | 553.51 |
| 6.5% | 435.50 |
| | $ 1,363.51 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

